10338280

Local AO 442 (Rev 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Demarco Dawn Ritter. a/k/a M.J. | )    Case No.   1:17-cr-133-9 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                        Demarco Dawn Ritter. a/k/a M.J.               ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone; Aiding and Abetting

Date:   06/08/2017

City and state:   Bismarck, ND

/s/ Christy Davis
_____
*Issuing officer's signature*

Christy Davis, Deputy Clerk
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 7-25-17 |
| at *(city and state)* Carrington, MT . |
| Date: 7-25-17             _____ |
| *Arresting officer's signature* |
| Brian Marr    SA |
| *Printed name and title* |