IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: **1:17-cr-000133-DLH** |
| Plaintiff, | |
| v. | **SENTENCING MEMORANDUM ON BEHALF OF DEFENDANT DEMARCO DAWN RITTER** |
| **DEMARCO DAWN RITTER** | |
| Defendant. | |

**COMES NOW** the Defendant, **Demarco Dawn Ritter** ("Mr. Ritter"), by and through his undersigned counsel, hereby files the following Sentencing Memorandum setting forth factors that the Court should consider in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

Mr. Ritter argues that upon the Court's consideration of the U.S.C. § 3553(a), there are sufficient facts and evidence in mitigation to allow the Court to fashion a sentence either in departure, or via variance, or both, from the advisory sentencing guidelines. Mr. Ritter respectfully requests that this Court utilize the aforementioned information to impose a sentence of time served with no more than two (2) years of supervised release.

**WHREFORE,** the Defendant prays that this Honorable Court will impose a sentence of time served with no more than two (2) years of supervised release.

Respectfully submitted this 7th day of January, 2019.

/s/ Percy A. King_____
Percy A. King
PK Law LLC

Attorney for the Defendant
222 N. 4th St. Ste 209
Bismarck, ND 58501
**Florida-Main Office**
501 Riverside Ave. Ste. 730
Jacksonville, FL 32202
Phone: (701) 595-0529
Alt. Ph: (904) 580-6529
Fax: (701) 425-0543
Email: percyking@pklawllc.com